PER CURIAM.
We have carefully reviewed each of the points raised on appeal and, in our opinion, appellant has failed to show any reversible error. See, e. g., Spinkellink v. State, 313 So.2d 666 (Fla.1975); and Carroll v. State, 186 So.2d 834 (Fla. 4th DCA 1966). Accordingly, having reviewed the record, listening to arguments of counsel, and applying the applicable principles of law, we believe that the judgment and sentence appealed should be affirmed. See, e. g., Brown v. Illinois, 422 U.S. 590, 95 S.Ct. 2254, 45 L.Ed.2d 416 (1975); McNamara v. State, 357 So.2d 410 (Fla.1978); State v. Allen, 335 So.2d 823 (Fla.1976); Lynch v. State, 293 So.2d 44 (Fla.1974); Lane v. State, 353 So.2d 194 (Fla. 3d DCA 1977); Borders v. State, 312 So.2d 247 (Fla. 3d DCA 1975); Hampton v. State, 304 So.2d 498 (Fla. 4th DCA 1975); Thompson v. State, 300 So.2d 301 (Fla. 2d DCA 1974); Miller v. State, 300 So.2d 53 (Fla. 3d DCA 1974); Harris v. State, 229 So.2d 670 (Fla. 3d DCA 1970); Whitley v. State, 265 So.2d 99 (Fla. 3d DCA 1972); State v. Ell-Gee, Inc., 255 So.2d 542 (Fla. 3d DCA 1971); Paul v. State, 209 So.2d 464 *624 (Fla. 3d DCA 1968); and Vaughn v. State, 198 So.2d 858 (Fla. 1st DCA 1967).
Affirmed.